IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL MITCHELL | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-5026 |
| COMMUNITY EDUCATION | : | |
| CENTERS, INC. | : | |

# O R D E R

**AND NOW**, this 2nd day of May, 2016, upon consideration of Defendant's Motion for Summary (ECF No. 42), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Judgment is entered in favor of Defendant Community Education Centers, Inc., and against Plaintiff Nathaniel Mitchell with respect to Counts 8 through 13 of the Complaint.

3. The Clerk of the Court is directed to mark this case closed.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**U.S. District Judge**